IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13cv15

| | |
|---|---|
| CHARLES GILBERT OWNBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOSE CARLOS MARIO AVILES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

A jury trial is currently scheduled for this case beginning September 8, 2014. The Court **DIRECTS** the parties to appear for a pretrial conference on August 29, 2014, at 10:00 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. Any motions in limine shall be filed by August 20, 2014, and any responses are due August 27, 2014. The parties shall file proposed jury instructions by August 27, 2014. The parties shall exchange exhibit lists by August 27, 2014. The parties shall file their witness lists with the Court by August 27, 2014. The parties shall provide the Court with an exhibit notebook containing each side's proposed exhibits by August 27, 2014.

Signed: August 6, 2014

Dennis L. Howell
United States Magistrate Judge